**Motion Granted; Appeal Dismissed and Memorandum Opinion filed May 5, 2022.**



In The

# Fourteenth Court of Appeals

---

**NO. 14-21-00529-CR**
**NO. 14-21-00530-CR**

---

## EX PARTE AMY AMANDA REGALADO

---

**On Appeal from the 240th District Court**
**Fort Bend County, Texas**
**Trial Court Cause Nos. 21-DCR-096266 AND 21-DCR-096265**

---

## MEMORANDUM OPINION

Appellant Amy Amanda Regalado has signed and filed a written request to withdraw her notice of appeal in each of these cases. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion in either case, we grant appellant's request.

We dismiss the appeals and direct the clerk of the court to issue the mandates of the court immediately. *See* Tex. R. App. P. 2.

PER CURIAM

Panel consists of Justices Jewell, Zimmerer and Hassan.

Do Not Publish – Tex. R. App. P. 47.2(b)